Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Robyn Smith

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

| | |
|---|---|
| ROBYN SMITH,<br><br>         Plaintiff,<br><br>    vs.<br><br>KOHL'S DEPARTMENT STORES, INC.; et. al.,<br><br>         Defendants. | Case No.: 2:18-CV-00949-TLN-EFB<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Robyn Smith and defendant Kohl's Department Stores, Inc., that this action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), that each party shall bear its own attorneys' fees and costs, and that this matter be closed.

DATED:  September 12, 2018      **SAGARIA LAW, P.C.**

By:  */s/ Elliot W. Gale*
Elliot W. Gale
Attorneys for Plaintiff
Robyn Smith

DATED:  September 12, 2018      **KELLEY DRYE & WARREN, LLP**

By:   */s/ Sarah Diamond*

Sarah Diamond
Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Sarah Diamond has concurred in this filing.

*/s/ Elliot Gale*